Janet TASHER, Petitioner,

v.

DEPARTMENT OF THE NAVY, Respondent.

No. 2006–3146.

United States Court of Appeals, Federal Circuit.

July 27, 2006.

*ORDER*

PAULINE NEWMAN, Circuit Judge.

Janet Tasher moves for reconsideration of the court's order dismissing her petition for review for failure to file a brief and for an extension of time to file her brief. Tasher states that the Department of the Navy consents.

Tasher states that she did not receive a copy of the Merit Systems Protection Board's certified list. Tasher's brief has now been received.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated,

and the petition for review is reinstated. The Department's brief is due within 40 days of the date of filing of this order.